Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Brittany Wright*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRITTANY WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>424 PRODUCTIONS HOLDINGS LLC and MISTYKA JOY FLORES,<br><br>Defendants. | CASE NO.: 2:25-cv-09561<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**(INJUNCTIVE RELIEF DEMANDED)** |

Plaintiff BRITTANY WRIGHT by and through her undersigned counsel, brings this Complaint against Defendants 424 PRODUCTIONS HOLDINGS LLC and MISTYKA JOY FLORES for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff BRITTANY WRIGHT ("Wright") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Wright's original copyrighted Work of authorship.

2. Wright is a photographer and stylist who sees food as an art and an opportunity to do something creative. With a background in technology, she has combined her passions for both tech and food into running the Instagram account @wrightkitchen. Her art focuses on food culture, as well as its aesthetic and she showcases the beauty of locally produced foods. Wright has 214,000 followers on her Instagram account and has been featured on Oprah.com, Today.com, BusinessInsider.com and many other press outlets.

3. Defendant 424 PRODUCTIONS HOLDINGS LLC ("424 Productions") is a California-based creative agency specializing in experiential design and production. They craft immersive brand experiences and artistic events, blending bold creativity with meticulous logistical execution. Their services include site development, experiential strategy, creative design, and full-scale production management. Known for high-profile collaborations with brands like Adobe, Amazon Prime Video, Roc Nation, and Fenty Beauty, 424 Productions transforms imaginative concepts into unforgettable real-world experiences.

4. At all times relevant herein, 424 Productions owned and operated the Instagram page "424_Productions" located at the internet URL www.instgram.com/424_Productions (the "424 Instagram").

5. At all relevant times herein, 424 Productions owned and operated the Facebook page "424 Productions" located at the internet URL www.facebook.com/424productions (the "424 Facebook").

6. The 424 Instagram and the 424 Facebook are collectively referred to herein as the "424 Social Media."

7. Defendant MISTYKA JOY FLORES ("Flores") is upon information and belief, the owner of 424 Productions.

8. Defendants 424 Productions and Flores are collectively referred to herein as "Defendants".

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                    CASE NO.: 2:25-cv-09561

9. Wright alleges that Defendants copied Wright's copyrighted Work from the internet in order to advertise, market and promote their business activities. Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

10. This is an action arising under the Copyright Act, 17 U.S.C. § 501 501.

11. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

12. Defendants are subject to personal jurisdiction in California.

13. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

14. 424 Productions Holdings LLC is a California Limited Liability Company, with its principal place of business at 8552 West Knoll Drive, West Hollywood, California, 90069-4102, and can be served by serving its Registered Agent, Mistyka Flores, at the same address.

15. Mistyka Joy Flores is an individual residing in Los Angeles, Los Angeles county, state of California, and can be served at 1628 North Gardner Street, Los Angeles, California, 90046-2810.

## THE COPYRIGHTED WORK AT ISSUE

16. In 2017, Wright created the photograph entitled "Spice Gradient v.3," which is shown below and referred to herein as the "Work".

//
//



17.    Wright registered the Work with the Register of Copyrights on January 23, 2018. The Registration was assigned registration number TX 8-554-416. The Certificate of Registration is attached hereto as **Exhibit 1**.

COMPLAINT FOR COPYRIGHT INFRINGEMENT                    CASE NO.: 2:25-cv-09561

18. At all relevant times Wright was the owner of the copyrighted Work at issue in this case.

### INFRINGEMENT BY DEFENDANTS

19. Defendants have never been licensed to use the Work for any purpose.

20. On a date after the Work was created, but prior to the filing of this action, Defendants copied the Work.

21. On or about April 7, 2025, Wright discovered the unauthorized use of her Work on the 424 Social Media.

22. Defendants copied Wright's copyrighted Work without Wright's permission.

23. After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their brand management business.

24. Defendants copied and distributed Wright's copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

25. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

26. Wright never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

27. Wright notified Defendants of the allegations set forth herein on July 9, 2025. To date, the Parties have failed to resolve this matter.

### COUNT I
### DIRECT COPYRIGHT INFRINGEMENT

28. Wright incorporates the allegations of paragraphs 1 through 27 of this Complaint as if fully set forth herein.

29. Wright owns a valid copyright in the Work.

30. Wright registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

31. Defendants copied, displayed, and distributed the Work and made derivatives of the Work without Wright's authorization in violation of 17 U.S.C. § 501.

32. Defendants performed the acts alleged in the course and scope of its business activities.

33. Defendants' acts were willful.

34. Wright has been damaged.

35. The harm caused to Wright has been irreparable.

WHEREFORE, the Plaintiff BRITTANY WRIGHT prays for judgment against the Defendants 424 PRODUCTIONS HOLDINGS LLC and MISTYKA JOY FLORES that:

    a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. Defendants be required to pay Wright her actual damages and Defendants' profits attributable to the infringement, or, at Wright's election, statutory damages, as provided in 17 U.S.C. § 504;

    c. Defendants be required to pay Wright her damages including lost sales and Defendants' profits as provided in 15 U.S.C. § 1125;

    d. Wright be awarded her attorneys' fees and costs of suit under the applicable statutes sued upon;

    e. Wright be awarded pre- and post-judgment interest; and

    f. Wright be awarded such other and further relief as the Court deems just and proper.

# JURY DEMAND

Wright hereby demands a trial by jury of all issues so triable.

DATED: October 7, 2025          Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff Brittany Wright*