# Exhibit
# 2





**424 Productions**
February 4, 2019 · 🌐

Add some spice to your life! (Photo via @thefeedfeed) **#SOevents #DifferenceIsInTheDetail #InspirationIsEverywhere** http://bit.ly/2SpR2zu





**424 Productions**
February 4, 2019

Add some spice to your life! (Photo via @thefeedfeed) #SOevents #DifferenceIsInTheDetail #InspirationIsEverywhere http://bit.ly/2SpR2zu

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



**424__productions** • Follow

**424__productions** Add some spice to your life! (Photo via @thefeedfeed) #SOevents #DifferencesInTheDetail #InspirationIsEverywhere
330 w

indulginginflavors We ❤️ to indulge in our spices❣️
329 w  Reply

2kphotographyanddesign 🤎
330 w  Reply

admitoneproducts beautiful colors and lines!
330 w  Reply

**265 likes**
4 February 2019

Add a comment...  Post

More posts from 424__productions



Meta  About  Blog  Jobs  Help  API  Privacy  Terms and imprint  Locations  Instagram Lite  Threads  Contact uploading and non-users  Meta Verified  Cancel contracts here

English (UK)  © 2025 Instagram from Meta

https://www.instagram.com/424__productions/p/BtoPUk2Hqcl/

1/1

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

- Meta AI
- Threads
- More



thefeedfeed

424__productions • Follow

424__productions Add some spice to your life! (Photo via @thefeedfeed) #SOevents #DifferenceIsInTheDetail #InspirationIsEverywhere
330 w

For you

indulginginflavors We 🧡 to indulge in our spices‼
329 w    Reply

2kphotographyanddesign 😍
330 w    Reply

admitoneproducts beautiful colors and lines!
330 w    Reply

265 likes
4 February 2019

Add a comment...                    Post

More posts from **424__productions**



Meta   About   Blog   Jobs   Help   API   Privacy   Terms and imprint   Locations   Instagram Lite   Threads   Contact uploading and non-users   Meta Verified   Cancel contracts here

English (UK)   © 2025 Instagram from Meta



